# ELECTRONIC RECORD

185-14
186-14

COA # 07-12-00235-CR       OFFENSE: 21.11

STYLE:   Ty Tuckness v. The State of Texas    COUNTY: Potter

COA DISPOSITION:     AFFIRMED       TRIAL COURT: 47th District Court

DATE: 11/21/13       Publish: NO    TC CASE #:   63,052-A

# IN THE COURT OF CRIMINAL APPEALS   185-14
186-14

STYLE:   Ty Tuckness v. The State of Texas       CCA #:

___APPELLANT'S___ Petition       CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:

___REFUSED___       JUDGE:

DATE: 04/01/2015       SIGNED: _____       PC: _____

JUDGE: ___per curiam___       PUBLISH: _____       DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**